# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DANIEL LEE WILSON, Defendant. | No. 08-CR-2020-LRR  **ORDER** |

The matter before the court is Defendant Daniel Lee Wilson's Motion to Suppress ("Motion") (docket no. 16). On January 14, 2009, United States Magistrate Judge Jon S. Scoles filed a Report and Recommendation (docket no. 37), in which he recommends that the undersigned deny the Motion. Defendant ordered a transcript of the hearing before Judge Scoles but did not file any objections to the Report and Recommendation. The time for filing objections has expired. Defendant has thus waived his right to de novo review of the Motion. *See, e.g., United States v. Rodriguez*, 484 F.3d 1006, 1010-11 (8th Cir. 2007) ("Rodriguez's 'failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein.'") (quoting *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001)). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 37) and **DENIES** the Motion (docket no. 16).

**IT IS SO ORDERED.**

**DATED** this 9th day of February, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA